UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONALD GEDDIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 23-0191 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

Defendant Department of Homeland Security ("Defendant" or "DHS"), by and through undersigned counsel, respectfully submits this Reply in further support of its Motion to Dismiss (ECF No. 11) this Freedom of Information Act ("FOIA") case.

Defendant moved to dismiss on the basis that it had not received Plaintiff's FOIA request. Defendant has demonstrated that Plaintiff has failed to submit his request to DHS or to any of its components, but rather sent it to the Executive Office for United States Attorneys ("EOUSA"), which is not a component of DHS. In his Opposition (ECF No. 12), Plaintiff purports to provide proof that in addition to EOUSA, he submitted his request to DHS's component Homeland Security Investigations ("HSI") by mailing it to 500 12th Street N.W., 11th Floor, Washington, D.C. 20530. ECF No. 12, at 2, ¶ 1; *see also* Pl. Ex. A, ECF 12-1, at 4 of 19 (copy of certified mail receipt).

While Plaintiff appears to have made best efforts to properly submit his request to DHS, he missed the mark with an incorrect address, that is, he sent it to an incorrect quadrant within the district and an incorrect zip code. HSI is located at 500 12th Street S.W. (not. N.W.), Washington, DC 20536 (not 20530). See https://www.ice.gov/field-office/hsi-washington-dc (last visited

August 29, 2023). A Google Maps search of the address Plaintiff used, as demonstrated in his Exhibit A, reveals that he sent his request to the Warner Building, not to DHS. See https://www.google.com/maps/@38.896347,77.0281155,3a,89.3y,227.51h,94.81t/data=!3m6!1e1!3m4!1skvJlij6vD_g88kXAZzHbvg!2e0!7i16384!8i8192?entry=ttu  (last visited August 29, 2023).

## CONCLUSION

Because DHS never received Plaintiff's FOIA request and Plaintiff has failed to show the existence of a FOIA request properly directed at and received by Defendant, the Complaint against DHS should be dismissed.

Dated: September 1, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ L'Shaunteé J. Robertson
L'SHAUNTEE J. ROBERTSON, D.C. Bar #980248
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, I caused a true and correct copy of the above to be served on Pro Se Plaintiff Ronald Geddis by U.S. Express Mail as follows:

Ronald Geddis
R71625-018
Federal Correctional Complex
Unit B-2
P.O. Box 1031
Coleman, FL 33521

/s/ L'Shaunteé J. Robertson
L'SHAUNTEE J. ROBERTSON
Assistant United States Attorney