UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD GEDDIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | Civil Action No. 23-0191 (CKK) |

### **DEFENDANT'S RESPONSE TO PLAINTIFF'S SURREPLY (ECF NO. 15)**

Pursuant to the Court's September 28, 2023 Minute Order, Defendant Department of Homeland Security ("Defendant" or "DHS"), by and through undersigned counsel, respectfully submits this Response to Plaintiff's Sur-reply (ECF No. 15), in further support of its Motion to Dismiss (ECF No. 11) this Freedom of Information Act ("FOIA") case.

Defendant moved to dismiss on the basis that it had not received Plaintiff's FOIA request. Defendant has demonstrated that Plaintiff has failed to submit his request to DHS or to any of its components, but rather sent it to the Executive Office for United States Attorneys ("EOUSA"), which is not a component of DHS. In his Opposition (ECF No. 12), Plaintiff purports to provide proof that in addition to EOUSA, he submitted his request to DHS's component Homeland Security Investigations ("HSI") by mailing it to 500 12th Street N.W., 11th Floor, Washington, D.C. 20530. ECF No. 12, at 2, ¶ 1; *see also* Pl. Ex. A, ECF 12-1, at 4 of 19 (copy of certified mail receipt).

Defendant demonstrated in its Reply (ECF No. 14) that while Plaintiff appears to have made best efforts to properly submit his request to DHS, he missed the mark with an incorrect address, that is, he sent it to an incorrect quadrant within the district and an incorrect zip code. HSI



RECEIVED
OCT 10 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

is located at 500 12th Street S.W. (not. N.W.), Washington, DC 20536 (not 20530). *See* https://www.ice.gov/field-office/hsi-washington-dc (last visited August 29, 2023). A Google Maps search of the address Plaintiff used, as demonstrated in his Exhibit A, reveals that he sent his request to the Warner Building, not to DHS. *See* https://www.google.com/maps/@38.896347,77.0281155,3a,89.3y,227.51h,94.81t/data=!3m6!1e1!3m4!1skvJlij6vD_g88kXAZzHbvg!2e0!7i16384!8i8192?entry=ttu (last visited August 29, 2023).

In his Sur-reply, Plaintiff argues that because this Court issued a summons to Defendant on May 12, 2023—well after his initial FOIA request—then Defendant "was informed of the nature of [his] request." ECF No. 15, at 2. But a summons issued after the filing of a lawsuit does not cure Plaintiff's mistake of submitting his initial request to an incorrect address, nor does it rebut Defendant's demonstration that it never received Plaintiff's request. The Complaint against DHS should therefore be dismissed.

* * *

Dated: October 10, 2023  
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division

By:      */s/ L'Shauneé J. Robertson*  
L'SHAUNTEE J. ROBERTSON, D.C. Bar #980248  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202) 252-1729

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, I caused a true and correct copy of the above to be served on Pro Se Plaintiff Ronald Geddis by U.S. Express Mail as follows:

Ronald Geddis
R71625-018
Federal Correctional Complex
Unit B-2
P.O. Box 1031
Coleman, FL 33521

/s/ L'Shaunteé J. Robertson
L'SHAUNTEE J. ROBERTSON
Assistant United States Attorney